UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                                    Criminal No. 20-mj-30299

v.

Samuel George Baker,

     Defendant

_____/

## MOTION AND ORDER TO UNSEAL THE
## COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint,

Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement

   officers.

2. That the United States is no longer apprehensive that the defendant may flee

   prior to appearance on the complaint.

                            Respectfully submitted,

                            Matthew Schneider
                            United States Attorney

                            *s/Ryan A. Particka*
                            Ryan A. Particka
                            Assistant United States Attorney
                            211 W. Fort Street, Suite 2001
                            Detroit, MI 48226
                            ryan.particka@usdoj.gov
                            (313) 226-9635

Dated: August 19, 2020

**IT IS SO ORDERED.**

<u>**s/Elizabeth A. Stafford**</u>
Elizabeth A. Stafford
United States Magistrate Judge

Entered: August 19, 2020